CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 18 2003

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| EARL WASHINGTON, JR., | : |
| Plaintiff, | : |
| v. | : C.A. #3:02cv106 |
| KENNETH H. BURAKER, ET AL., | : |
| Defendant. | : |

*unsealed by order of court 3-5-04*

~~SEALED~~

## RESPONSE OF FAUQUIER COUNTY SHERIFF TO PLAINTIFF'S MOTION FOR RELEASE OF FORENSIC EVIDENCE TO DR.. EDWARD T. BLAKE FOR INSPECTION AND/OR DNA TESTING

Fauquier County Sheriff Joseph Higgs, Jr., by counsel, hereby responds to plaintiff's motion that he be ordered to release certain forensic evidence to Dr. Edward T. Blake for inspection and/or DNA testing.

By letter dated November 14, 2003, from counsel for Sheriff Higgs to plaintiff's counsel, Sheriff Higgs advised plaintiff that he "... has none of the items of evidence associated with the investigation of the rape and murder of Rebecca Lynn Williams listed in the subpoena in his custody." Exhibit 1. Accordingly, the issue raised by plaintiff's motion is moot as to Sheriff Higgs and it is submitted that for this reason the motion as to the Sheriff should be denied.

RESPECTFULLY SUBMITTED,

SHERIFF JOSEPH HIGGS, JR.
BY COUNSEL

*[signature]*

JACK L. GOULD, ESQUIRE
COUNSEL FOR SHERIFF JOSEPH HIGGS, JR.
10615 Judicial Drive, Suite 102
Fairfax, VA 22030
(703) 273-6007
Va. Bar No. 17521

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served in the manner indicated on the 10th day of November, 2003:

| | |
|---|---|
| ✓ 1st class mail<br>___ Facsimile<br>___ Fed Ex<br>___ By hand | Robert T. Hall, Esquire<br>Halls, Sickels, Rostant,<br>   Frei & Kattenburg, P.C.<br>12120 Sunset Hills Road, Suite 150<br>Reston, Virginia 20190 |
| ✓ 1st class mail<br>___ Facsimile<br>___ Fed Ex<br>___ By hand | Victor M. Glasberg, Esquire<br>Victor M. Glasberg & Associates<br>121 South Columbus Street<br>Alexandria, Virginia 22314 |
| ✓ 1st class mail<br>___ Facsimile<br>___ Fed Ex<br>___ By hand | Barry A. Weinstein, Esquire<br>Law Offices of Barry A. Weinstein<br>P. O. Box 1287<br>Blairsville, Georgia 30514 |
| ✓ 1st class mail<br>___ Facsimile<br>___ Fed Ex<br>___ By hand | Eric M. Freedman, Esquire<br>Hofstra Law School<br>Hempstead, New York 11550 |
| ✓ 1st class mail<br>___ Facsimile<br>___ Fed Ex<br>___ By hand | Peter Neufeld, Esquire<br>Barry Scheck, Esquire<br>Cochran, Neufeld & Scheck, LLP<br>99 Hudson Street, 8th Floor<br>New York City, NY 10013 |

| | | |
|---|---|---|
| ✓ | 1st class mail | Richard K. Bennett, Esquire |
| ___ | Facsimile | Harmon, Claytor, Corrigan & Wellman |
| ___ | Fed Ex | P.O. Box 70280 |
| ___ | By hand | Richmond, VA 23255 |

| | | |
|---|---|---|
| ✓ | 1st class mail | Mark D. Obenshain, Esquire |
| ___ | Facsimile | Brian Brake, Esquire |
| ___ | Fed Ex | Patrick Asplin, Esquire |
| ___ | By hand | Keeler & Obenshain |
| | | 141 E. Market Street |
| | | Harrisonburg, Virginia 22803 |

| | | |
|---|---|---|
| ✓ | 1st class mail | William G. Broaddus, Esquire |
| ___ | Facsimile | Stephanie L. Karfias, Esquire |
| ___ | Fed Ex | McGuireWoods LLP |
| ___ | By hand | One James Center |
| | | 901 East Carey Street |
| | | Richmond, VA 23219-4030. |

_____
Jack L. Gould