JACK L. GOULD
ATTORNEY AT LAW
SUITE 102
10615 JUDICIAL DRIVE
FAIRFAX, VIRGINIA 22030-5165

703-273-6007

FACSIMILE 703-385-1694

**BY FACSIMILE 703-925-0501**

November 14, 2003

Robert T. Hall, Esquire
12120 Sunset Hills Road
Suite 150
Reston, VA 20190-3231

Re: *Washington v. Buraker, et al.*

Dear Bob:

    As counsel for Fauquier County Sheriff Joseph Higgs, Jr. with regard to your subpoena dated November 7, 2003. I am advised that Sheriff Higgs has none of the items of evidence associated with the investigation of the rape and murder of Rebecca Lynn Williams listed in the subpoena in his custody.

    With regard to Ms. Cornwall's letter dated November 6, 2003 and Mr. Neufeld's letter dated November 11, 2003, each asking about certain evidence, Mr. Schrum is not in possession of any of the evidence inquired of in either letter.

Very truly yours,

Jack L. Gould

cc: (By Mail)
    Sheriff Joseph Higgs, Jr.
    Kevin Burke, Esquire
    Defense counsel
    Victor M. Glasberg, Esquire
    Mr. Terry Schrum
    Ann Coble, DRM

EXHIBIT 1