UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| EARL WASHINGTON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:02 CV 106 |
| ) | District Judge Norman K. Moon |
| v. ) | |
| ) | B. Waugh Crigler, |
| ) | U.S. Magistrate Judge |
| ) | |
| KENNETH H. BURAKER, et al., ) | |
| ) | |
| Defendants. ) | **TO BE FILED UNDER SEAL** |

*unsealed by order of court 3-5-04*

## DEFENDANTS DENNY M. SLANE'S AND CURTIS TODD WILMORE'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELEASE OF FORENSIC EVIDENCE

Denny M. Slane and Curtis Todd Wilmore, personal representative of the Estate of Curtis Reese Wilmore, ("Defendants"), by counsel, submit this Response in Opposition to Plaintiff's Motion, filed under seal, for Court-Ordered Subpoena for the Release of Forensic Evidence:

Using DNA testing technology that was unavailable at the time of his criminal trial, Plaintiff wishes to test forensic evidence gathered during the investigation into the rape and murder of Rebecca Williams. Plaintiff seeks to conduct these tests in order to establish his actual innocence, proof of which, he erroneously claims, is "essential to Mr. Washington's § 1983 case." See Plaintiff's Brief in Support, at 3 (filed Nov. 7, 2003). Plaintiff's requested testing, however, is irrelevant in this case.

Regardless of a criminal defendant's actual guilt or innocence, he is entitled to certain constitutional rights that may be protected, in appropriate circumstances, through a § 1983 civil suit. See, e.g., Robles v. Prince George's County, 302 F.3d 262, 268-69 (4th Cir. 2002) (legally valid arrest does not bar civil rights claim). Modern-day DNA testing and analysis, therefore, is irrelevant to Plaintiff's claims, which focus on what happened from June 4, 1982, when Rebecca Lynn Williams was raped and murdered, to January 20, 1984, when a Virginia jury found Earl Washington, Jr. guilty of those crimes. See Plaintiff's Amended Complaint, ¶¶ 21, 48 (filed October 2, 2003).

Plaintiff alleges that during this nineteen-month period, "Defendants knew or shown have known that MR. WASHINGTON had no involvement in the rape and murder of Rebecca Lynn Williams." Plaintiff's Amended Complaint, ¶ 102; see also Plaintiff's Amended Complaint, ¶¶ 30, 31, 33, 80, 87. The DNA evidence that Plaintiff proposes to develop today, using scientific methods that were not in existence two decades ago, would provide no insight into what should have been known in 1983, when more primitive DNA testing technologies were in use. To the contrary, Plaintiff's presentation at trial of forensic evidence tested using current DNA technology would serve only to confuse the jury and unduly prejudice Defendants.

Moreover, Defendants are prepared to stipulate to the fact, as stated by Governor Gilmore in his 2000 Pardon of Earl Washington's sentence, that "a jury afforded the benefit of the DNA evidence and analysis available [in October of 2000] would have reached a different conclusion regarding the guilt of Earl Washington" than was reached in 1984. See Pardon of Earl Washington (attached as Exhibit A); Statement of Governor Jim Gilmore Regarding the Pardon of Earl Washington (attached as Exhibit B); Proposed

2

Stipulation of Fact Regarding DNA Evidence[1] (attached as Exhibit C). Thus, to the extent this Court finds testing and analysis using current technology to be relevant, a position with which Defendants respectfully disagree, Defendants' Proposed Stipulation renders as moot the need for such testing.

Accordingly, Defendants Slane and Wilmore respectfully request this Court deny Plaintiff's Motion for Court-Ordered Subpoena for the Release of Forensic Evidence.

---

[1] The attached Proposed Stipulation includes language to which Defendants are prepared to stipulate. Defendants would consider other language for inclusion in the Stipulation.

Respectfully submitted,

DENNY M. SLANE & CURTIS TODD WILMORE

_____
By counsel

William G. Broaddus (VSB # 5284)
Stephanie L. Karfias (VSB# 37862)
McGuireWoods LLP
One James Center, 901 East Cary Street
Richmond, Virginia 23219-4030
Tel: (804) 775-1000
Fax: (804) 775-1061

Counsel for Denny M. Slane and Curtis Todd Wilmore,
Personal Representative of the Estate of Curtis Reese Wilmore

## Certificate of Service

I certify that on November 18TH, 2003, a true copy of the foregoing was mailed, first class, postage prepaid to the following counsel of record:

Robert T. Hall
Hall, Sickels, Rostant,
Frei & Kattenburg, P.C.
12120 Sunset Hills Road, Suite 150
Reston, VA 20190

Stephen Rosenfield
Rosenfield & Wayland
913 E. Jefferson St.
Charlottesville, VA 20190

Victor M. Glasberg and Kelly M. Baldrate
Victor M. Glasberg & Associates
121 S. Columbus St.
Alexandria, VA 22314

Barry A. Weinstein
P.O. Box 1287
Blairsville, GA 30514

Eric M. Freedman
250 West 94th St.
New York, NY 10025

Peter Neufeld, Barry Scheck,
and Debi Cornwall
Cochran, Neufeld & Scheck, LLP
99 Hudson St., 8th Floor
New York, NY 10013

Patrick C. Asplin, Mark D. Obenshain, and
Brian K. Brake
Keeler & Obenshain, P.C.
P.O. Box 1287
Harrisonburg, VA 22801

Richard K. Bennett and Jeremy D. Capps
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255

Jack L. Gould
10615 Judicial Drive, # 102
Fairfax, VA 22030

George Chabalewski,
Office of the Attorney General
Commonwealth of Virginia
900 East Main Street
Richmond, Virginia 23219