CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 04 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EARL WASHINGTON, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> KENNETH H. BRURAKER, ET AL., <br><br> *Defendants.* | CIVIL ACTION NO. 3:02-CV-00106 <br><br><br><br> ORDER <br><br><br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, Defendants' objections to the Magistrate Judge's Order granting a second deposition of Sheriff Harlan Lee Hart, dated July 1, 2005, are hereby OVERRULED. The second deposition shall occur subject to the limitations stated in the Magistrate Judge's Order.

It is so ORDERED.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all Counsel of Record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

8/4/05
Date