CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
DEC 21 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EARL WASHINGTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH H. BURAKER, ET AL., <br><br> Defendants. | CIVIL ACTION No. 3:02-CV-00106 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff Earl Washington, Jr.'s Motion to reinstate the fabrication of evidence claim against Harlan Lee Hart is hereby DENIED.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

December 21, 2005
Date