

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EARL WASHINGTON, JR., <br><br> *Plaintiff,* <br><br> v. <br><br> KENNETH H. BURAKER, ET AL., <br><br> *Defendants.* | CIVIL ACTION NO. 3:02-CV-00106 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

For the reasons stated in the attached Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that defendant Curtis Wilmore's Motion for Summary Judgment is DENIED.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: _____
U.S. District Judge

March 23, 2006
Date

1