CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 23 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| EARL WASHINGTON, JR.,<br><br>  Plaintiff,<br><br>v.<br><br>KENNETH H. BURAKER, ET AL.,<br><br>  Defendants. | CIVIL ACTION NO. 3:02-CV-00106<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Defendant's Motions for Judgment as a Matter of Law under Rule 50 and for New Trial under Rule 59 are hereby DENIED.

It is so ORDERED.

The Clerk is hereby directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

August 23, 2006
Date