AO 450 (Rev. 5/85) Judgment in a Civil Case

CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 29 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# United States District Court
## Western District of Virginia

Earl Washington, Jr.

v.

Curtis Todd Wilmore, as representative of the Estate of Curtis Reese Wilmore

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:02CV00106

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

1. Did defendant Curtis Reese Wilmore fabricate evidence in his May 24, 1983 police report?
   Answer: Yes
2. Did defendant Curtis Reese Wilmore fabricate evidence deliberatley?
   Answer: Yes
3. Did defendant Curtis Reese Wilmore's fabrication cause the plaintiff's injury?
   Answer: Yes

We find that the plaintiff has proven damages and award him $2,250,000.00, So say we all.
Frank Tallman, Foreman. May 5, 2006.

8/29/06
Date

/s/ John F. Corcoran
Clerk

/s/ H. Wheeler
(By) Deputy Clerk